UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH    DIVISION

| ROBERT J. LARISON, JR. | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. CV415-184 |
| | ) | |
| ATLANTIC COAST BANK et al., | ) | |
| | ) | |
| Defendants. | ) | |

## O R D E R

The Court having reviewed and considered the petition of Joshua I. Bosin of the law firm of Holland & Knight LLP, One Atlantic Center, Suite 2000, 1201 West Peachtree Street, N.E., Atlanta, Georgia 30309, for permission to appear pro hac vice on behalf of defendants Atlantic Coast Bank et al., in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter Joshua I. Bosin, as counsel of record for defendants Atlantic Coast Bank et al., in this case.

**SO ORDERED** this __26th__ day of August, 2015.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA