IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| ROBERT J. LARISON, JR., | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION FILE NO. |
| ATLANTIC COAST BANK and ATLANTIC COAST FINANCIAL CORPORATION, | ) 4:15-cv-00184-WTM-GRS |
| Defendants. | ) |

## ORDER GRANTING JOINT MOTION TO STAY DISCOVERY AND PRE-TRIAL DEADLINES

This matter is before this Court on the parties' *Joint Motion to Stay Discovery and Pre-Trial Deadlines Pending Resolution of Defendants' Motion to Transfer Venue*. Upon consent and agreement of counsel and for good cause shown, this Court **GRANTS** the parties' Joint Motion. The discovery and pre-trial deadlines listed in this Court's Scheduling Order [ECF No. 33] are stayed until such time that this Court rules upon Defendants' Motion to Transfer Venue [ECF No. 10].

**SO ORDERED.**

This 25th day of January, 2016.

_____
THE HONORABLE G.R. SMITH
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

Copies to Counsel of Record